## WILLIAM FRIEZEN v. B. F. BYERS and Others.[1]

October 27, 1911.

Nos. 17,253—(124).

**Case followed.**

Action in the district court for Renville county to determine adverse claims

[1] Reported in 132 N. W. 920.

of defendants to a lien upon certain real estate by virtue of a certain judgment. The case was tried upon stipulated facts before Powers, J., who ordered judgment in favor of plaintiff. From an order denying defendants' motion for a new trial, they appealed. Affirmed.

*George F. Gage* and *John F. Byers*, for appellants.

*J. M. Freeman*, for respondent.

PER CURIAM.

The decision in this case is controlled by the decision in Kelly v. Byers, supra, page 489, 132 N. W. 919.

Affirmed.